# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CHRISTINA MELLETT**, : | |
| : | Case No.  20-cv-1629-JMY |
| *Plaintiff* : | |
| : | |
| v. : | |
| : | |
| **CITY OF PHILADELPHIA,** : | |
| : | |
| *Defendant* : | |

## ORDER

**AND NOW**, this 1st day of July, 2022, upon consideration of Defendants' Motion for Summary Judgment (ECF No. 15) and Plaintiff's Partial Motion for Summary Judgment (ECF No. 14), and all documents submitted in support thereof and in opposition thereto, it is **ORDERED** that Plaintiff's Motion is **DENIED** and Defendant's Motion is **GRANTED** in part and **DENIED** in part as follows for the reasons set forth in this Court's accompanying Memorandum:

1. Defendant's Motion shall be **GRANTED** as to Plaintiff's *Monell* claim.

2. Defendant's Motion shall be **DENIED** as to all remaining claims in Plaintiff's Complaint.

3. Plaintiff's Motion shall be **DENIED.**

**IT IS SO ORDERED.**

BY THE COURT:

/s/ John Milton Younge

**Judge John Milton Younge**